| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>PAUL B. SALVATY (State Bar No. 171507)<br>PSalvaty@winston.com<br>WINSTON & STRAWN LLP<br>333 S. Grand Ave., 38th Fl.<br>Los Angeles, CA 90071-1543<br>Telephone: (213) 615-1700<br>Facsimile: (213) 615-1750 | |
| ATTORNEY(S) FOR: Plaintiff Robert Hunter Biden | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff(s),<br>v.<br>RUDOLPH W. GIULIANI, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:23-cv-8032<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Robert Hunter Biden or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Robert Hunter Biden | Plaintiff |
| Rudolph W. Giuliani | Defendant |
| Giuliani Partners, LLC | Defendant |
| Giuliani Group, LLC | Defendant |
| Giuliani Security & Safety, LLC | Defendant |
| Robert J. Costello | Defendant |

| | |
|---|---|
| 9/26/2023 | /s/ Paul B. Salvaty |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Robert Hunter Biden