Name and address:
Paul B. Salvaty (SBN: 171507)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: psalvaty@winston.com

LINK 16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT HUNTER BIDEN,

Plaintiff(s)

v.

RUDOLPH W. GIULIANI, et al.,

Defendant(s).

CASE NUMBER

2:23-cv-08032-HDV-KS

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the
Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 282-5000          (202) 282-5100
*Telephone Number          Fax Number*

AbbeLowellPublicOutreach@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Robert Hunter Biden

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Salvaty, Paul B.                    of
*Designee's Name (Last Name, First Name & Middle Initial)*

171507          (213) 615-1700          (213) 615-1750
*Designee's Cal. Bar No.     Telephone Number     Fax Number*

PSalvaty@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　 ☐ for failure to complete Application: _____
　　　　　 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
　　　　　　　 is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application f___, ___** ☐ be refunded ☐ not be refunded.
Dated 10/16/23    10/13/23

U.S. District Judge/U.S. Magistrate Judge

American LegalNet, Inc.
www.FormsWorkFlow.com