JOSEPH D. SIBLEY IV (*pro hac vice forthcoming*)
sibley@camarasibley.com
CAMARA & SIBLEY LLP
1108 Lavaca St. Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

Attorneys for Defendants

PAUL B. SALVATY (State Bar No. 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for PLAINTIFF
ROBERT HUNTER BIDEN

*(Additional Counsel on following page)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company, GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and DOES 1 through 10, inclusive;<br><br>Defendants. | **Case No. 2:23-cv-08032-HDV-KSx**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. Hernan D. Vera<br><br>Complaint Served: Oct. 2, 2023<br><br>Current Response Date: Dec. 4, 2023<br><br>New Response Date: Jan. 3, 2024 |

*Additional Counsel for Plaintiff Robert Hunter Biden:*

ABBE DAVID LOWELL (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Plaintiff ROBERT HUNTER BIDEN, by and through his attorneys, and Defendants RUDOLPH W. GIULIANI, GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC and ROBERT J. COSTELLO, by and through their attorneys, stipulate as follows:

### **STIPULATION**

WHEREAS, Defendants accepted service of the Initial Complaint on October 2, 2023.

WHEREAS, the Response date to the Initial Complaint is currently December 4, 2023.

WHEREAS, Plaintiff and Defendants have agreed to an extension of time of no more than 30 days to respond to the Initial Complaint.

NOW, THEREFORE, the Parties stipulate that the new due date to respond to the initial complaint is January 3, 2024.

IT IS SO STIPULATED.

Dated: December 1, 2023

CAMARA & SIBLEY LLP

By: *Joe Sibley*
Joseph D. Sibley
Attorneys for Defendants

WINSTON & STRAWN LLP

By: [signature]
Paul B. Salvaty
Abbe David Lowell
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: *[signature]*
Bryan M. Sullivan
Zachary C. Hansen
Attorneys for Plaintiff

**FILER'S ATTESTATION**

I, Paul B. Salvaty, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 1, 2023

_____
Paul B. Salvaty