1  ALAN J. GORDEE (State Bar No. 131907)
   Agordee@gna-law.com
2  GORDEE, NOWICKI & BLAKENEY LLP
   100 Spectrum Center Drive Suite 870
3  Irvine, CA 92618
   Telephone:  (949) 567-9923
4  Facsimile:   (949) 567-9928

5  PAUL B. SALVATY (State Bar No. 171507)
   PSalvaty@winston.com
6  WINSTON & STRAWN LLP
   333 S. Grand Ave., 38th Fl.
7  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
8  Facsimile:   (213) 615-1750

9  Attorneys for PLAINTIFF
   ROBERT HUNTER BIDEN

10 *(Additional Counsel on following page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company, GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and DOES 1 through 10, inclusive; <br><br> Defendants. | **Case No. 2:23-cv-08032-HDV-KSx** <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER** <br><br> Hon. Hernan D. Vera <br><br> Complaint Served: Oct. 2, 2023 <br><br> Current Response Date: Jan. 3, 2024 <br><br> New Response Date: Jan. 17, 2024 |

*Additional Counsel for Defendants:*

JOSEPH D. SIBLEY IV (*pro hac vice forthcoming*)
sibley@camarasibley.com
CAMARA & SIBLEY LLP
1108 Lavaca St. Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

*Additional Counsel for Plaintiff Robert Hunter Biden:*

ABBE DAVID LOWELL (*pro hac vice*)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
Telephone:  (202) 282-5000
Facsimile:  (202) 282-5100

BRYAN M. SULLIVAN (State Bar No. 209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (State Bar No. 325128)
zhansen@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Plaintiff ROBERT HUNTER BIDEN, by and through his attorneys, and Defendants GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC and ROBERT J. COSTELLO, by and through their attorneys, stipulate as follows:

**STIPULATION**

WHEREAS, Defendants accepted service of the Initial Complaint on October 2, 2023;

WHEREAS, on December 1, 2023, the parties stipulated to extend the time to respond to the initial complaint by no more than 30 days. (ECF No. 19);

WHEREAS, the response date to the initial complaint is currently January 3, 2024;

WHEREAS, one of the defendants, Rudolph W. Giuliani ("Giuliani"), filed for Chapter 11 bankruptcy on December 21, 2023 in the United States Bankruptcy Court for the Southern District of New York Case No. 23-12055 (SHL), which filing has automatically stayed this action as to Giuliani;

WHEREAS, based on these circumstances, counsel for Defendants has requested an additional extension of time for Defendants Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC and Robert J. Costello to prepare and file their responsive pleading(s), and, subject to Court approval, Plaintiff has agreed to a further extension of their response deadline by two weeks;

NOW, THEREFORE, the Parties stipulate that the new due date for Defendants Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC and Robert J. Costello to respond to the initial complaint is January 17, 2024.

IT IS SO STIPULATED.

Dated:  December 28, 2023

GORDEE, NOWICKI & BLAKENEY LLP

By: */s/ Alan J. Gordee*
   Alan J. Gordee
   Attorneys for Defendants

WINSTON & STRAWN LLP

By: */s/ Paul B. Salvaty*
   Paul B. Salvaty
   Abbe David Lowell
   Attorneys for Plaintiff

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: */s/ Bryan M. Sullivan*
   Bryan M. Sullivan
   Zachary C. Hansen
   Attorneys for Plaintiff

## **FILER'S ATTESTATION**

I, Paul B. Salvaty, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 28, 2023

*/s/ Paul B. Salvaty*
Paul B. Salvaty