# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company, GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and DOES 1 through 10, inclusive;<br><br>Defendants. | **Case No. 2:23-cv-08032-HDV-KSx**<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Hernán D. Vera |

1     The Court having considered the stipulation submitted herewith, hereby enters the following order:

    IT IS HEREBY ORDERED that Defendants GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC and ROBERT J. COSTELLO shall respond to the complaint by January 17, 2024.

    IT IS SO ORDERED.

_____       _____
DATE      THE HONORABLE HERNAN D. VERA
     UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT