1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company, GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:23-cv-08032-HDV-KSx<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Heman D. Vera |

The Court having considered the stipulation submitted herewith, hereby enters the following order:

IT IS HEREBY ORDERED that Defendants GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC and ROBERT J. COSTELLO shall respond to the complaint by January 17, 2024.

IT IS SO ORDERED.

January 3, 2024
DATE

THE HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT COURT