Name and address:

ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-08032-HDV-KSx |
| v. | |
| RUDOLPH W. GIULIANI, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Sibley, Joseph D., IV
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

CAMARA & SIBLEY LLP
*Firm/Agency Name*

1108 Lavaca St. Suite 110263          (713) 966-6789          (713) 583-1131
                                       *Telephone Number*      *Fax Number*
*Street Address*

Austin, Texas 78701                    sibley@camarasibley.com
*City, State, Zip Code*                *E-mail Address*

**I have been retained to represent the following parties:**

| Giuliani Partners, LLC, Giuliani Security & Safety, LLC | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____ |
| Giuliani Group, LLC and Robert J. Costello | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| SUPREME COURT OF TEXAS | 11/2004 | |
| NORTHERN DISTRICT TEXAS | 9/2004 | |
| EASTERN DISTRICT TEXAS | 11/2005 | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-00296 | Influences, Inc. v. United Talent Agency, Inc. | 1/20/2022 | Granted |
| 2:19-cv-07934 | Arya Toufanian v. Kyle Oreffice | 4/15/2022 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 13, 2024

JOSEPH D. SIBLEY IV
Applicant's Name (please type or print)

Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Gordee, Alan J.
*Designee's Name (Last Name, First Name & Middle Initial)*

GORDEE, NOWICKI & BLAKENEY LLP
*Firm/Agency Name*

100 Spectrum Center Drive, Suite 870

*Street Address*

Irvine, California 92618
*City, State, Zip Code*

(949) 567-9923
*Telephone Number*

(949) 567-9928
*Fax Number*

agordee@gna-law.com
*Email Address*

131907
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  January 17, 2024

Alan J. Gordee
*Designee's Name (please type or print)*

/s/ Alan J. Gordee
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

SOUTHERN DISTRICT TEXAS / 4/2006 / YES
FIFTH CIRCUIT COURT OF APPEALS / 2/2010/ YES
WESTERN DISTRICT TEXAS / 8/2019/ YES
US SUPREME COURT / 12/2008 / YES
DISTRICT OF COLUMBIA FEDERAL COURT / 3/2021 / YES
DC CIRCUIT COURT OF APPEALS / 4/2021 / YES

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joseph David Sibley IV**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**Joseph David Sibley IV**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of January, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 7868C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 14, 2024

Re: Mr. Joseph David Sibley IV, State Bar Number 24047203

To Whom It May Concern:

This is to certify that Mr. Joseph David Sibley IV was licensed to practice law in Texas on November 05, 2004, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Pursuant to your request and signed release from Mr. Joseph David Sibley IV, I have researched our disciplinary records and report that we have record of past complaints filed against the attorney's law license that resulted in dismissal. The history of these complaints is as follows:

| Date Filed | Case ID Number | Final Disposition | Disposition Date |
|---|---|---|---|
| 1/24/2012 | H0011234451 | Dismissed | 2/13/2012 |
| 2/21/2012 | H0031234690 | Dismissed | 3/8/2012 |

It is our policy to dispose of dismissed complaint files six months after final disposition. Therefore, no synopses of those complaints are available.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167