ALAN J. GORDEE, SBN 131907
agordee@gna-law.com
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile:  (949) 567-9928

JOSEPH D. SIBLEY IV (*pro hac vice forthcoming*)
sibley@camarasibley.com
CAMARA & SIBLEY LLP
1108 Lavaca St. Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

Attorneys for GIULIANI PARTNERS, LLC; GIULIANI GROUP, LLC; GIULIANI SECURITY & SAFETY, LLC; and ROBERT J. COSTELLO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company; GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and Does 1 through 20, inclusive; <br><br> Defendants. | Case No.: 2:23-cv-08032-HDV-KSx <br><br> Hon. Hernan D. Vera <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CAL. CIV. PROC. CODE § 425.16** <br><br> [Filed concurrently with the Notice of Motion and Motion to Dismiss; Declarations of Rudolph W. Giuliani and Robert J. Costello; and Proposed Order] <br><br> Hearing Date: March 21, 2024 <br> Hearing Time: 10:00 a.m. <br> Courtroom:      5B |

Pursuant to Federal Rule of Evidence 201, Defendants request that this Court take judicial notice of the following matters of public record as follows:

1. Plaintiff Robert Hunter Biden's appearance on *Jimmy Kimmel Live* (Air Date April 8, 2021), which may be found on YouTube at https://youtu.be/ia219GD0Vok?si=vYIq8CMZxbBYVrRP (beginning at 10:24 and ending at 11:10), the transcript of which is as follows:

> 10:24
>
> I've seen you on some interviews and
>
> 10:26
>
> uh you know talking about the laptop
>
> 10:28
>
> this became this big thing the laptop
>
> 10:31
>
> and when they ask you
>
> 10:32
>
> if that was your laptop you say you
>
> 10:34
>
> don't know which is hard to believe
>
> 10:36
>
> unless you read the book
>
> 10:38
>
> yeah and then it's kind of like I'm
>
> 10:40
>
> surprised you have shoes on
>
> 10:41
>
> yeah you know you know yeah
>
> 10:44
>
> I made it I made it today pants were the

| | |
|---|---|
| 1 | 10:47 |
| 2 | problem pants were the problem |
| 3 | 10:51 |
| 4 | pants are always the problem really yeah |
| 5 | 10:53 |
| 6 | yeah no you know look I really don't |
| 7 | 10:55 |
| 8 | know |
| 9 | 10:55 |
| 10 | and the fact of the matter is it's a red |
| 11 | 10:57 |
| 12 | herring it is absolutely red herring |
| 13 | 10:59 |
| 14 | but I am absolutely um I think within my |
| 15 | 11:03 |
| 16 | my rights to question anything that |
| 17 | 11:05 |
| 18 | comes from the uh |
| 19 | 11:06 |
| 20 | from the desk of Rudy Giuliani um and so |
| 21 | 11:10 |
| 22 | I don't know is the answer. |

Defendants submit that the information referenced above is proper for judicial notice as well as for consideration by this Court. District courts may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *County of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 520 (N.D. Cal. 2017) (taking judicial notice of

proclamations made by the U.S. Attorney General Jeff Sessions). Judicial notice of information obtained from a website is proper when neither party questions the authenticity of the site. *Pollstar v. Gigmania, Ltd.*, 170 F. Supp.2d. 974, 978 (E.D. Cal. 2000).

      Here, the information is a publicly available record, which are all proper subjects of judicial notice.

GORDEE, NOWICKI & BLAKENEY LLP

Dated: January 17, 2024            */s/ Alan J. Gordee*
                                              Alan J. Gordee
Attorneys for Defendants; GIULIANI PARTNERS, LLC; GIULIANI GROUP, LLC; GIULIANI SECURITY & SAFETY, LLC; and ROBERT J. COSTELLO

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service were served with a copy of **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** via the Central District of California CM/ECF system.

Dated: January 17, 2024          /s/ *Alan J. Gordee*
                                 Alan J. Gordee