ALAN J. GORDEE, SBN 131907
agordee@gna-law.com
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile:  (949) 567-9928

JOSEPH D. SIBLEY IV (*pro hac vice forthcoming*)
sibley@camarasibley.com
CAMARA & SIBLEY LLP
1108 Lavaca St. Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

Attorneys for GIULIANI PARTNERS, LLC; GIULIANI GROUP, LLC; GIULIANI SECURITY & SAFETY, LLC; and ROBERT J. COSTELLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company; GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and Does 1 through 20, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-08032-HDV-KSx<br><br>Hon. Hernan D. Vera<br><br>**DECLARATION OF ROBERT J. COSTELLO IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CAL. CODE CIV. PROC. § 425.16; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Hearing Date: March 21, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom:      5B |

Gordee,
Nowicki &
Blakeney LLP

**DECLARATION OF ROBERT J. COSTELLO**

# DECLARATION OF ROBERT J. COSTELLO

I, ROBERT J. COSTELLO, declare as follows:

I have personal knowledge of the following facts and, if called and sworn as a witness, I could and would testify competently to them.

1. I am a Defendant in this action.

2. I have hired no employees or independent contractors to conduct any business on behalf of myself or any other Defendant in this case in the State of California.

3. I do not hold any professional licenses from the State of California, I do not have an office in the State of California, and I do not have a registered agent for service of process in California.

4. I do not own any property in the State of California and I have no assets located in the State of California.

5. I have never travelled to the State of California in any way relating to or concerning Hunter Biden, the Biden Laptop, or in any other way relating to or concerning the allegations made by the Plaintiff in the Complaint.

6. I did not know Hunter Biden was a citizen of the State of California until this lawsuit was filed.

7. All of my statements I have made concerning Hunter Biden, the Biden Laptop, or any other way relating to or concerning the allegations in the Complaint occurred in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on January 17, 2024 in New York, New York.

*Robert Costello*

ROBERT J. COSTELLO