1  ALAN J. GORDEE, SBN 131907
   agordee@gna-law.com
2  GORDEE, NOWICKI & BLAKENEY LLP
3  100 Spectrum Center Drive, Suite 870
   Irvine, California 92618
4  Telephone: (949) 567-9923
   Facsimile:  (949) 567-9928
5

6  JOSEPH D. SIBLEY IV (*pro hac vice forthcoming*)
7  sibley@camarasibley.com
8  CAMARA & SIBLEY LLP
   1108 Lavaca St. Suite 110263
9  Austin, TX 78701
   Telephone: (713) 966-6789
10 Fax: (713) 583-1131

11
   Attorneys for GIULIANI PARTNERS, LLC;
12 GIULIANI GROUP, LLC; GIULIANI
13 SECURITY & SAFETY, LLC; and ROBERT
   J. COSTELLO

14

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company; GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and Does 1 through 20, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-08032-HDV-KSx<br><br>Hon. Hernan D. Vera<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CAL. CIV. PROC. CODE § 425.16**<br><br>[Filed concurrently with the Notice of Motion and Motion to Dismiss; Declarations of Rudolph W. Giuliani and Robert J. Costello; and Request for Judicial Notice]<br><br>Hearing Date: March 21, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom:        5B |

**[PROPOSED] ORDER**

# ORDER

The Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedures and Cal. Civ. Proc. Code § 425.16 (the "Motion") filed by Defendants Giuliani Partners, LLC, Giuliani Security & Safety, LLC, and Robert J. Costello (collectively, "Defendants") came for hearing before this Court on March 21, 2024.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED. The Complaint in this case is ordered dismissed with prejudice.

Dated: _____          _____
                                      Hon.  Hernan D. Vera
                                      Judge, United States District Court