NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

ALAN J. GORDEE, SBN 131907
agordee@gna-law.com
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618
Telephone: (949) 567-9923
Facsimile:  (949) 567-9928

ATTORNEY(S) FOR:   Defendants Giuliani Partners, LLC, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-08032-HDV-KSx |
| v. | |
| RUDOLPH W. GIULIANI, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants Giuliani Partners, LLC, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| RUDOLPH W. GIULIANI | Defendant |
| GIULIANI PARTNERS, LLC | Defendant |
| GIULIANI GROUP, LLC | Defendant |
| GIULIANI SECURITY & SAFETY, LLC | Defendant |
| ROBERT J. COSTELLO | Defendant |
| ROBERT HUNTER BIDEN | Plaintiff |

January 17, 2024                                    /s/ Alan J. Gordee
Date                                                       Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Giuliani Partners, LLC, et al.