ALAN J. GORDEE, SBN 131907
GORDEE, NOWICKI & BLAKENEY LLP
100 Spectrum Center Drive, Suite 870
Irvine, California 92618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT HUNTER BIDEN | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-08032-HDV-KSx |
| v. | |
| RUDOLPH W. GIULIANI, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sibley, Joseph D., IV   of   CAMARA & SIBLEY LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         1108 Lavaca St. Suite 110263
(713) 966-6789        (713) 583-1131                                  Austin, Texas 78701
*Telephone Number*    *Fax Number*
sibley@camarasibley.com
*E-Mail Address*                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Defendants, GIULIANI PARTNERS, LLC, GIULIANI SECURITY & SAFETY, LLC, GIULIANI GROUP, LLC and
ROBERT J. COSTELLO

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gordee, Alan J.   of   GORDEE, NOWICKI & BLAKENEY LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            100 Spectrum Center Drive, Suite 870
131907         (949) 567-9923        (949) 567-9928                   Irvine, California 92618
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

*E-Mail Address*                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** 1/17/24                                  /s/District Judge Hernan D. Vera
                                                    **U.S. District Judge**