1  PAUL B. SALVATY (SBN: 171507)
   PSalvaty@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue
3  Los Angeles, CA 90017-1543
   Telephone: (213) 615-1700
4  Facsimile: (213) 615-1750

5  ABBE DAVID LOWELL (pro hac vice)
   AbbeLowellPublicOutreach@winston.com
6  WINSTON & STRAWN LLP
   901 L St., N.W.
7  Washington, DC 20036-3508
   Telephone:  (202) 282-5000
8  Facsimile:  (202) 282-5100

9  BRYAN M. SULLIVAN (209743)
   bsullivan@earlysullivan.com
10 ZACHARY C. HANSEN (325128)
   **EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
11 6420 Wilshire Boulevard, 17th Fl.
   Los Angeles, CA 90048
12 Telephone:  (323) 301-4660
   Facsimile:  (323) 301-4676
13
   Attorneys for Plaintiff
14 ROBERT HUNTER BIDEN

15

16                 **UNITED STATES DISTRICT COURT**

17                 **CENTRAL DISTRICT OF CALIFORNIA**

18 | ROBERT HUNTER BIDEN,              | **Case No. 2:23-cv-08032-HDV-KSx** |

19             Plaintiff,

20        v.

   RUDOLPH W. GIULIANI, an
21 individual, GIULIANI PARTNERS,
   LLC, a Limited Liability Company;
22 GIULIANI GROUP, LLC, a Limited
   Liability Company; GIULIANI
23 SECURITY & SAFETY, LLC, a
   Limited Liability Company,
24 ROBERT J. COSTELLO, an
   individual, and Does 1 through 10,
25 inclusive,

26           Defendants.

**Case No. 2:23-cv-08032-HDV-KSx**

**JOINT STIPULATION TO TAKE OFF CALENDAR DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CAL CIV. PROC. CODE SECTION 425.16**

Hearing Date:  March 21, 2024
Time:           10:00 a.m.
Place:          5B

27

28

1

1

**<u>STIPULATION</u>**

2     Plaintiff ROBERT HUNTER BIDEN and Defendants GIULIANI PARTNERS,

3 LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC, and

4 ROBERT J. COSTELLO,[1] by and through their respective counsel, jointly request the

5 Court to take Defendants' Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6)

6 of the Federal Rules of Civil Procedure and Cal. Civ. Proc. Code Section 425.16 (the

7 "Motion") off calendar.

8     WHEREAS, on February 28, 2024, counsel for the parties meaningfully met and

9 conferred regarding the Motion;

10     WHEREAS, the parties agreed that the Motion should be taken off calendar; and

11     WHEREAS, the parties agreed that they will negotiate and submit within the next

12 ten (10) days a further stipulation and proposed order regarding further proceedings in

13 this action including, but not limited to, the transfer of this case to the United States

14 District Court for the Southern District of New York;

15     NOW, THEREFORE, the parties hereby stipulate and agree that the Motion shall

16 be taken off the Court's hearing calendar.

17

18     **SO STIPULATED AND AGREED.**

19

20 Dated:  February 29, 2024          Respectfully submitted,

21                                     WINSTON & STRAWN LLP

22

23 By:  */s/ Paul B. Salvaty*
          Paul B. Salvaty

24        *Attorneys for Plaintiff*
          ROBERT HUNTER BIDEN

25

26

27 ───────────────
[1] Plaintiff also sued Rudolph W. Giuliani ("Giuliani").  The action against Giuliani is presently stayed due to his bankruptcy petition pending in the Southern District of New York.  As a result, Giuliani is not participating in the
28 Motion.

STIPULATION TO TAKE OFF CALENDAR DEFENDANTS' MOTION TO DISMISS

1

2    Dated:  February 29, 2024                Respectfully submitted,

3                                             GORDEE, NOWICKI & BLAKENEY LLP

4

5                                             By:  */s/ Alan J. Gordee*
                                                   Alan J. Gordee

6

7                                             *Attorneys for Defendants*
                                              GIULIANI PARTNERS, LLC; GIULIANI

8                                             GROUP, LLC; GIULIANI SECURITY &
                                              SAFETY, LLC; and ROBERT J.

9                                             COSTELLO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO TAKE OFF CALENDAR DEFENDANTS' MOTION TO DISMISS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Paul B. Salvaty, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Paul B. Salvaty*
Paul B. Salvaty

STIPULATION TO TAKE OFF CALENDAR DEFENDANTS' MOTION TO DISMISS