1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company; GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-08032-HDV-KSx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TAKE OFF CALENDAR DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND CAL CIV. PROC. CODE SECTION 425.16** |

|   |   |
|---|---|
| 1 | The Court, having considered Plaintiff ROBERT HUNTER BIDEN and Defendants GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC, and ROBERT J. COSTELLO's Stipulation to take Defendants' Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and Cal. Civ. Proc. Code Section 425.16 (the "Motion") off calendar, and good cause appearing, |

The Court, having considered Plaintiff ROBERT HUNTER BIDEN and Defendants GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC, and ROBERT J. COSTELLO's Stipulation to take Defendants' Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and Cal. Civ. Proc. Code Section 425.16 (the "Motion") off calendar, and good cause appearing,

IT IS HEREBY ORDERED THAT the Stipulation is GRANTED. Defendants' Motion is taken off the Court's hearing calendar.

**IT IS SO ORDERED.**

Date: _____

Hon. Hernan D. Vera
United States District Judge