PAUL B. SALVATY (SBN: 171507)
PSalvaty@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90017-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

ABBE DAVID LOWELL (pro hac vice)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

BRYAN M. SULLIVAN (209743)
bsullivan@earlysullivan.com
ZACHARY C. HANSEN (325128)
**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90048
Telephone:  (323) 301-4660
Facsimile:   (323) 301-4676

Attorneys for Plaintiff
ROBERT HUNTER BIDEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>            Plaintiff,<br><br>    v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company; GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and Does 1 through 10, inclusive,<br><br>           Defendants. | **Case No. 2:23-cv-08032-HDV-KSx**<br><br>**JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(A)** |

**STIPULATION**

Plaintiff ROBERT HUNTER BIDEN and Defendants RUDOLPH W. GIULIANI, GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC, and ROBERT J. COSTELLO, by and through their respective counsel, jointly request the Court to transfer this action to the United States District Court for the Southern District of New York.

WHEREAS, on February 28, 2024, the parties submitted a stipulation agreeing (1) to take off calendar the motion to dismiss filed by Defendants Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC, and Robert J. Costello[1]; and (2) to submit a further stipulation within ten (10) days regarding further proceedings in this action;

WHEREAS, on March 1, 2024, the Court entered an Order taking off calendar the motion to dismiss filed by Defendants Giuliani Partners, LLC, Giuliani Group, LLC, Giuliani Security & Safety, LLC, and Robert J. Costello;

WHEREAS, the parties agree that personal jurisdiction exists over all defendants in the Southern District of New York;

WHEREAS, the parties agree that the United States District Court for the Southern District of New York is a proper venue for this action;

WHEREAS, transfer will be in the interests of those parties and potential witnesses who are located in the Southern District of New York; and two counsel for Plaintiff (Abbe Lowell and Bryan Sullivan), as well as defendant Robert J. Costello, are active members of the bar in the State of New York;

WHEREAS, Plaintiff believes that a transfer on jurisdictional grounds does not constitute a prohibited "continuation" of an action under 11 U.S.C. § 362(a)(1), *see MTGLQ Investors, L.P. v. Guire*, 286 F.Supp.2d 561, 563 (D. Md. 2003), and thus will not violate the automatic stay of proceedings as to Defendant Giuliani due to his

---

[1] The action against Defendant Rudolph W. Giuliani ("Giuliani") is presently stayed due to his bankruptcy petition pending in the Southern District of New York. As a result, Giuliani did not participate in the motion to dismiss.

pending bankruptcy petition; and

WHEREAS, the parties have agreed that if this Court questions its ability to transfer the case as to Defendant Giuliani in light of the automatic stay, the parties will move the bankruptcy court for relief from the automatic stay for the limited purpose of allowing this Court to transfer this case to the United States District Court for the Southern District of New York;

NOW, THEREFORE, the parties hereby stipulate and agree, that this case shall be transferred to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1404(a) (allowing district court to transfer action "to any district or division to which all parties have consented").

**SO STIPULATED AND AGREED.**

Dated: March 13, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Paul B. Salvaty*
Paul B. Salvaty

*Attorneys for Plaintiff*
ROBERT HUNTER BIDEN

Dated: March 13, 2024

Respectfully submitted,

GORDEE, NOWICKI & BLAKENEY LLP

By: */s/ Alan J. Gordee*
Alan J. Gordee

*Attorneys for Defendants*
RUDOLPH W. GIULIANI, GIULIANI PARTNERS, LLC; GIULIANI GROUP, LLC; GIULIANI SECURITY & SAFETY, LLC; and ROBERT J. COSTELLO

# **ATTESTATION**

I, Paul B. Salvaty, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                        */s/ Paul B. Salvaty*
                        Paul B. Salvaty