LINK 28

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUNTER BIDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI, an individual, GIULIANI PARTNERS, LLC, a Limited Liability Company; GIULIANI GROUP, LLC, a Limited Liability Company; GIULIANI SECURITY & SAFETY, LLC, a Limited Liability Company, ROBERT J. COSTELLO, an individual, and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-08032-HDV-KSx<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK PURSUANT TO 28 U.S.C. § 1404(A)** |

The Court, having considered Plaintiff ROBERT HUNTER BIDEN and Defendants RUDOLPH W. GIULIANI, GIULIANI PARTNERS, LLC, GIULIANI GROUP, LLC, GIULIANI SECURITY & SAFETY, LLC, and ROBERT J. COSTELLO's Stipulation to Transfer Case to the United States District Court for the Southern District of New York Pursuant to 28 U.S.C. § 1404 (a), and good cause appearing,

IT IS HEREBY ORDERED THAT the Stipulation is GRANTED.  The Clerk is DIRECTED to TRANSFER this case to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED.**

Date: 3/14/24

Hon. Hernan D. Vera
United States District Judge